**Electronically Filed
Supreme Court
SCWC-16-0000566
07-SEP-2018
08:03 AM**

SCWC-16-0000566

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Petitioner/Plaintiff-Appellee,

vs.

CHRISTOPHER HIRAM HIMAN,
Respondent/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000566; FC-CR. NO. 14-1-0128)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee State of Hawaiʻi's

application for writ of certiorari filed on August 2, 2018, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 7, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson